UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGENCY INSURANCE COMPANY OF MARYLAND,<br><br>Plaintiff,<br><br>v.<br><br>PLACIDA PAULINO and IDALIS PAULINO,<br><br>Defendants. | CIVIL ACTION NO. 3:21-cv-00767-MEM |

### JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED by and between the parties hereto that DEFENDANTS PLACIDA PAULINO AND IDALIS PAULINO may have additional time within which to answer or otherwise respond to Plaintiff's complaint. Therefore, the last day for defendants to answer or otherwise respond to plaintiff's complaint will be Wednesday, July 28, 2021.

Good cause exists for this extension as the parties are discussing the possibility of a negotiated resolution. Additionally, defendants are currently appearing pro se and would like time to secure defense counsel. Plaintiff's counsel has agreed to this extension. This is the first request for an extension.

Dated: June 28, 2021

| **DEFENDANTS** | **COUNSEL FOR PLAINTIFF**<br>**POST & SCHELL, P.C.** |
|---|---|
| By:  _s/ Placida Paulino_<br>       Placida Paulino<br><br>By:  _s/ Idalis Paulino_<br>       Idalis Paulino | By:  /s Kevin T. McGarry<br>       Kevin T. McGarry, Esquire<br>       I.D. #: PA313204<br>       1869 Charter Lane<br>       P.O. Box 10248<br>       Lancaster, PA 17605-0248<br>       (717) 291-4532<br>       (717) 291-1609 – Fax<br>       kmcgarry@postschell.com |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant should answer or otherwise respond to Plaintiff's complaint on or before Wednesday, July 28, 2021.

Dated: 6/29/21

THE HONORABLE MALACHY E. MANNION,
UNITED STATES DISTRICT COURT