UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGENCY INSURANCE COMPANY | : | |
| OF MARYLAND | | CIVIL ACTION NO. 3:21-767 |
|     Plaintiff | : | |
| | | (JUDGE MANNION) |
|     v. | : | |
| | | |
| PLACIDA PAULINO and | : | |
| IDALIS PAULINO | | |
|     Defendants | : | |

# ORDER

Presently before the court is the Defendants' motion to extend time to answer the Complaint. (Doc. 10). The motion is **GRANTED.** The defendants will have until September 17, 2021 to file their Answer.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
**United States District Judge**

**Dated:  September 3, 2021**
21-767-02